IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

v.                   Case No. 2:13-CR-20009-001

ESTELLA CHAVEZ                    DEFENDANT/PETITIONER

## ORDER

The Court has received proposed findings and recommendations (Doc. 71) from United States Magistrate Judge Mark E. Ford. There have been no objections and the time period for filing objections has passed.

After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that Petitioner Estella Chavez's motion (Doc. 51) to vacate is DENIED.

IT IS SO ORDERED this 10th day of August, 2015.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE